UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12,**<br><br>                              Plaintiff,<br><br>v.<br><br>**MASELLI WARREN, P.C.,**<br><br>                              Defendant. | Civ. No. 2:13-700 (KM)<br><br>**ORDER DENYING DEFAULT JUDGMENT** |

**THIS MATTER** having come before the Court by Plaintiff Wells Fargo Bank, N.A., as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 ("Wells Fargo"), through its counsel, Dinsmore & Shohl, LLP, by a Motion for Default Judgment against Defendant Maselli Warren, P.C., Docket No. 11, and the motion being unopposed; and the Court having considered the moving papers and the entire case file;

**AND IT APPEARING** that Plaintiff's Complaint, Docket No. 1, fails to clearly set forth the relief now sought against Defendant Maselli Warren, P.C.,

**IT IS** this 3rd day of October, 2013,

**ORDERED** that Wells Fargo's Motion for Default Judgment is **DENIED.** Wells Fargo is given leave to file an amended complaint that clearly sets forth the relief sought against Defendant Maselli Warren, P.C., which shall be served in accordance with Fed. R. Civ. P. 4 and the local rules of this District.

_____
**KEVIN MCNULTY**
**United States District Judge**

Dated: October 3, 2013